IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN D. WILSON,

        Plaintiff,                                 CV 07-6242-ST

    v.                                                JUDGMENT

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

STEWART, Magistrate Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

    Dated this 30th day of September, 2008.

                                                          /s/ Janice M. Stewart_____
                                                          Janice M. Stewart
                                                          United States Magistrate Judge

1 - JUDGMENT